UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25-40073 |
| Plaintiff, | FACTUAL BASIS STATEMENT |
| vs. | |
| HENRY VALLECILLO-COLINDRES, | |
| Defendant. | |

The Defendant states that the following facts are true, and the parties agree that they establish a factual basis for the offense(s) to which the Defendant is pleading guilty pursuant to Fed. R. Crim. P. 11(b)(3):

My name is Henry Vallecillo-Colindres. I am a citizen of Honduras and an alien to the United States.

On September 15, 2023, I was knowingly and voluntarily present in the United States, in Brookings, South Dakota, when I requested and obtained a South Dakota identification card from South Dakota authorities.

I was previously deported from the United States on more than one occasion, including on or about September 15, 2023, at Brownsville, Texas. When I re-entered the United States, I did so voluntarily, was aware I was in the United States, and I knowingly and voluntarily remained in the United States. I had not and have not obtained the consent of the Secretary of the United States Department of Homeland Security or the Attorney General of the United States

to apply for lawful admission into the United States. My actions were in violation of 8 U.S.C. § 1326(a).

The parties submit that the foregoing statement of facts is not intended to be a complete description of the offense or the Defendant's involvement in it. Instead, the statement is offered for the limited purpose of satisfying the requirements of Fed. R. Crim. P. 11(b)(3). The parties understand that additional information relevant to sentencing may be developed and attributed to the Defendant for sentencing purposes.

ALISON J. RAMSDELL
United States Attorney

8/11/2025
Date

*Connie Larson*
Connie Larson
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605)357-2362
Facsimile: (605)330-4410
E-Mail: connie.larson@usdoj.gov

08/08/2025
Date

*Henry Vallecillo Colindres*
Henry Vallecillo-Colindres
Defendant

8/8/2025
Date

Quingjun Wei
Attorney for Defendant

[2]